UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

LELIA GALE MITCHELL,            )
                               )
                   *Plaintiff*, )
v.                             )            No. 1:07-CV-7
                               )
                               )
POSTMASTER GENERAL JOHN E. POTTER)          Chief Judge Curtis L. Collier
                               )
                   *Defendant*. )

## O R D E R

On August 3, 2007, the Court held a scheduling conference in this matter. The parties were present; however, *pro se* Plaintiff Lelia Gale Mitchell ("Plaintiff") requested a continuance of ninety (90) days in order to secure counsel to represent her. Defendant Postmaster General John E. Potter, through counsel, did not oppose Plaintiff's request.

The Court found Plaintiff's request well taken under the circumstances and granted it. Accordingly, the Court **ORDERS** the scheduling conference is continued until **November 16, 2007** at **10:00 a.m.** The parties are **ORDERED** to appear in Chambers, Room 317, 900 Georgia Avenue, Chattanooga, Tennessee on this date and time, regardless of whether Plaintiff obtains counsel. Additionally, in the event Plaintiff obtains counsel to represent her in this matter, counsel is **ORDERED** to make an appearance as soon as he or she is retained. If Plaintiff obtains counsel before this date, the Court may move the scheduling conference to an earlier date.

        **SO ORDERED.**

        **ENTER:**

                              **/s/**_____
                              **CURTIS L. COLLIER**
                              **CHIEF UNITED STATES DISTRICT JUDGE**